# Court of Appeals
# of the State of Georgia

ATLANTA, November 30, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0546. ANGELA M. BROWN v. JEROME F. D'ANNA et al.**

Angela Brown, the plaintiff in this negligence/personal injury action, filed this direct appeal from an order denying her motion to set aside alleged fraudulent conveyances and from orders granting or failing to grant OCGA § 9-15-14 attorney fees. We lack jurisdiction to consider the appeal.

A review of the record reveals that the case remains pending below. Because no final judgment has been entered, Brown was required to follow the interlocutory appeal procedures to obtain review of these orders. See OCGA § 5-6-34 (b); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587 (1) (408 SE2d 103) (1991).

Brown's failure to comply with the interlocutory appeal requirements deprives this Court of jurisdiction to consider this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/30/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*